# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

MATTHEW OATES

VERSUS

CENIKOR FOUNDATION, INC.,
KEVIN PAUL, AND XYZ
INSURANCE COMPANY

NO.  2021 CW 0154

**FEBRUARY 12, 2021**

---

In Re:   Justice Medical Funding, LLC, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 078018.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**STAY DENIED;  WRIT GRANTED WITH ORDER.**  The district court's August 12, 2020 judgment which appears to dispose of the issues between a non-party, Justice Medical Funding, LLC, and a party, Cenikor Foundation, Inc., is a final and appealable judgment.  See **Amitech, U.S.A., Ltd. v. Nottingham Const. Co.,** 2005-1981 (La. App. 1st Cir. 2/14/07), 2007 WL 466782, n. 2 (unpublished), citing **R.J. Gallagher Co. v. Lent, Inc.,** 361 So.2d 1231 (La. App. 1st Cir. 1978).  The district court's February 8, 2021 order which denied the motion for appeal filed by Justice Medical Funding, LLC is reversed.  Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to Justice Medical Funding, LLC pursuant to the motion for appeal it filed.  Additionally, a copy of this court's order is to be included in the appellate record.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT